UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAND A. JACKSON,<br>                Petitioner,<br>    v.<br>MARK MYERS,<br>                Respondent. | Case No. 22-cv-07362-WHO (PR)<br><br>**ORDER OF DISMISSAL**<br><br>Dkt. No. 2 |

       This federal action was filed by Armand A. Jackson as a 28 U.S.C. § 2241 petition for writ of habeas corpus, that is, as a challenge to the lawfulness or duration of his incarceration. A review of the petition, however, showed that Jackson wished to sue Mark Myers, a San Mateo Police Officer, for actions taken during Jackson's arrest. (Pet., Dkt. No. 1 at 3, 5.) Because success on such claims will not affect the length of his incarceration, his claims are not the proper subject of a habeas action but should be raised by way of a civil rights complaint filed under 42 U.S.C. § 1983. *See Badea v. Cox*, 931 F.2d 573, 574 (9th Cir. 1991) (habeas corpus action proper mechanism for challenging "legality or duration" of confinement).

       Jackson was ordered to notify the Court whether he wanted to pursue a civil rights action. He has not done so. Accordingly, this federal habeas action is DISMISSED for failure to prosecute, *see* Federal Rule of Civil Procedure 41(b). If Jackson wishes to

1  pursue his civil rights claims, he may file a civil rights complaint.

2      Jackson's application to proceed *in forma pauperis* is GRANTED.  (Dkt. No. 2.)

3      The Clerk shall terminate all pending motions, enter judgment in favor of

4  respondent, and close the file.

5      **IT IS SO ORDERED.**

6  **Dated:** April 24, 2023



WILLIAM H. ORRICK
United States District Judge